FILED

09/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0356

DONALD AARON HESSER, JR.
,

      Petitioner and Appellant

   vs.

STATE OF MONTANA,

      Respondent and Appellee.

**Order Extending Deadline to File Opening Brief**

Upon reviewing the Petitioner/Appellant's Second Unopposed Motion to Extension of Deadline to File Appellant's Opening Brief, good cause exists to grant the motion. Pursuant to the authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 31, 2023, to file and serve the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2023